```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ARTURO ESTEVEZ, individually, and on behalf of all             :
others similarly situated,                                     :
                                                               :
                              Plaintiff,                       :     21-cv-8942 (LJL)
                                                               :
              -v-                                              :     ORDER
                                                               :
SOLOMID CORPORATION,                                           :
                                                               :
                              Defendant.                       :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2022

LEWIS J. LIMAN, United States District Judge:

     The parties appeared for an Initial Pretrial Conference in this matter on February 9, 2022. As discussed at that conference, it is hereby ORDERED that, on or before March 1, 2022, the parties shall submit a letter to the Court updating it as to any progress that has been made in reaching a settlement on this matter. If the parties do not reach a settlement by that date, the Court plans to refer the parties to the Southern District of New York's Mediation Program.

     It is further ORDERED that any motion for class certification shall be made by April 29, 2022. Third-party discovery will be stayed, without prejudice to either party making an application to open such discovery. The parties shall appear for a Post-Discovery Status Conference on August 1, 2022 at 11 a.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the prompts.

     SO ORDERED.

Dated: February 10, 2022
       New York, New York

                                                                              LEWIS J. LIMAN
                                                                             United States District Judge